**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| PROTECT THE PUBLIC'S TRUST, <br><br> *Plaintiff*, <br><br> v. <br><br> NATIONAL ENDOWMENT FOR DEMOCRACY, <br><br> *Defendant.* | Civil Action No. 25-cv-00370-AHA |

**<u>NOTICE OF APPEARANCE</u>**

The Clerk of Court will please enter the appearance of Ian S. Hoffman of Arnold & Porter

Kaye Scholer LLP as counsel of record for Defendant National Endowment for Democracy in the

above-captioned matter.

Dated: March 14, 2025                    Respectfully Submitted,

By:    */s/ Ian S. Hoffman*
        Ian S. Hoffman (D.C. Bar No. 983419)
        ARNOLD & PORTER KAYE SCHOLER LLP
        601 Massachusetts Avenue, N.W.
        Washington, DC 20001
        Telephone: (202) 942-5000
        Facsimile: (202) 942-5999
        Ian.Hoffman@arnoldporter.com

        *Counsel for Defendant National Endowment for Democracy*