**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| PROTECT THE PUBLIC'S TRUST, | |
| *Plaintiff*, | |
| v. | Civil Action No. 25-cv-00370-AHA |
| NATIONAL ENDOWMENT FOR DEMOCRACY, | |
| *Defendant*. | |

**STIPULATION OF DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties to this action hereby stipulate to dismiss this action with prejudice with each party to bear its own fees and costs.

Dated:  June 16, 2025                                        Respectfully Submitted,


*/s/ Karin M. Sweigart*                                     */s/ Ian S. Hoffman*
Karin M. Sweigart                                           Ian S. Hoffman (D.C. Bar No. 983419)
DHILLON LAW GROUP, INC.                                     ARNOLD & PORTER KAYE SCHOLER LLP
177 Post Street, Suite 700                                  601 Massachusetts Avenue, N.W.
San Francisco, CA 94108                                     Washington, DC 20001
Telephone:  (415) 433-1700                                  Telephone: (202) 942-5000
KSweigart@dhillonlaw.com                                    Facsimile: (202) 942-5999
                                                            Ian.Hoffman@arnoldporter.com

Jacob William Roth
DHILLON LAW GROUP, INC.                                     *Counsel for Defendant National Endowment for*
1601 Forum Plaza, Suite 403                                 *Democracy*
West Palm Beach, Florida 33401
Telephone:  (561) 227-4959
JRoth@Dhillonlaw.com

*Counsel for Plaintiff Protect the Public's Trust*